IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KENNETH L. ALLEN,              )
                               )
            Plaintiff,         )
                               )
     v.                        )      1:21-cv-972
                               )
KILOLO KIJAKAZI,               )
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )

## ORDER

On March 2, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 25, 26.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 25), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment Reversing Commissioner, (Doc. 15), is **DENIED,** that Defendant's Motion for Judgment on the Pleadings, (Doc. 18), is **GRANTED,** that the Commissioner's decision is **AFFIRMED,** and that this action is dismissed with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of March, 2023.

```
                         _____
                              United States District Judge
```